# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2022

*The Court of Appeals hereby passes the following order*

## A23D0006. JOHN TAYLOR et al. v. BLACKSTONE RESIDENTIAL OPERATING PARTNERSHIP, LP.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SUCV2021002723



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, August 11, 2022.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*